IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DANNY A. SELLERS | § | |
| VS. | § | CIVIL ACTION NO. 1:11cv591 |
| M. MARTIN | § | |

### MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Danny A. Sellers, an inmate confined at the Federal Correctional Complex in Beaumont, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the petition be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. Petitioner filed objections to the Magistrate Judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

Petitioner objects to the report and asserts that the statutes relied upon by the Magistrate Judge, Title 28 U.S.C. §§ 2241 and 2255, are unconstitutional. Additionally, petitioner contends the term habeas corpus is not defined in the statutes and should be available to him. After careful consideration, the court concludes petitioner's objections should be overruled.

In *Bond v. United States*, __ U.S. __, 131 S.Ct. 2355, 180 L.Ed.2d 269 (2011), the Supreme Court held that a person convicted of a federal offense had standing to assert that, in enacting the applicable criminal statute, Congress exceeded its power under the Tenth Amendment. However, *Bond* did not establish that petitioner was convicted based upon conduct that did not constitute a crime. *See Singleton v. Holder*, 2012 WL 1850390, at *1-2 (5th Cir. 2012) (unpublished). Thus, petitioner's petition does not meet the criteria required to support a claim under the savings clause of 28 U.S.C. § 2255. *See Padilla v. United States*, 416 F.3d 424 (5th Cir. 2005); *Reyes-Requena v. United States*, 243 F.3d. 893 (5th Cir. 2001).

O R D E R

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the 16 day of **October, 2012.**

Thad Heartfield
United States District Judge